Clerks Copy

**36**

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Terrence D. Williams

Case: 2:19-cv-11739
Judge: Borman, Paul D.
MJ: Stafford, Elizabeth A.
Filed: 06-10-2019 At 03:27 PM
CMP TERRENCE D. WILLIAMS V AMAZON STUDIOS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

**v.**

#1 AMAZON STUDIOS, #2 AMERICAN MOVIE CLASSICS, #3 Apple Park, #4 Art Van Furniture, #5 AT&T CORP, #6 Barnes & Noble, #7 Big Dog Productions, #8 City of Detroit (Law Dept), #9 Columbia, #10 Comcast Center, #11 FORTY ACRES AND A MULE, # 12 HURWITZ & SCHLOSSBERG PRODUCTIONS, #13 Lionsgate, #14 Music Hall, #15 National Amusements, Inc, "see attached for more"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrence D Williams |
| Street Address | 5500 Trumbull Ave Apt 816 |
| City and County | Detroit & Wayne |
| State and Zip Code | Michigan & 48208 |
| Telephone Number | |
| E-mail Address | akhenoton777@gmail.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AMAZON STUDIOS, INC |
| Job or Title (if known) | Film distributor |
| Street Address | 1601 CLOVERFIELD BLVD |
| City and County | SANTA MONICA & Los Angeles County |
| State and Zip Code | California & 90404 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | AMERICAN MOVIE CLASSICS (AMC) |
| Job or Title (if known) | American pay television channel |
| Street Address | 11 PENN PLAZA 15TH FL |
| City and County | NEW YORK & Manhattan |
| State and Zip Code | NEW YORK & 10001 |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Apple Park |
| Job or Title (if known) | The Corporate headquarters of Apple Inc |
| Street Address | One Infinite Loop |
| City and County | Cupertino & Santa Clara County |
| State and Zip Code | CA & 95014 |
| Telephone Number | (408) 996-1010 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Art Van Furniture-Headquarter |
| Job or Title (if known) | Art Van Furniture Headquarters |
| Street Address | 6500 E 14 Mile Rd |
| City and County | Warren & Macomb County |
| State and Zip Code | MI & 48092-1281 |
| Telephone Number | (888) 427-8826 |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fraud, Interstate Fraud, Copyright: 120 Negotiable Instrument: accessing concepts/designs from My Work Project Stargate they are bound to its terms. 820 Copyright: I am the legal beneficiary of that Work. 196 Franchise: the license forbids anyone forgoing duties, misrepresenting My Work & Unfair Trade & Sublicensing. 18 U.S. Code § 1341 - Frauds & Swindles: ignoring proper agreement methods.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual
        The plaintiff, *(name)* <u>Terrence D. Williams</u>                  ,
        is a citizen of the State of *(name)* <u>Michigan</u>           .

    b.   If the plaintiff is a corporation
        The plaintiff, *(name)* _____ ,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign*
        *nation)* _____.

    b.   If the defendant is a corporation
        The defendant, *(name)* <u>AMC</u>                  , is incorporated
        under the laws of the State of *(name)* <u>NEW YORK</u>           , and
        has its principal place of business in the State of *(name)*
        _____. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

3,900,000,000,000 this includes a stolen invention worth trillions and the billions owed by various other conspriators including broadcasters, characters, music and others items of intrest.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I Plaintiff Terrence Williams brings this Punitive Lawsuit against the Defendants to address Previous and Future Grievances concerning Intellectual Property Theft by the Defendants. And to procure the necessary Monies owed due to Current/Future Infringements that were done while depriving me of the Control, Monetary Capitol and Livelihood that usually accompanies being a Famous and Prolific Author.

I Claim the Following as the Basis of this Dispute:

#1 These stories are Original Works or Based on my Works and are currently under my Copyright and the even more restrictive End User License Agreement (ELUA) & its Prescription for Illegal Intellectual Property theft explained therein which carries the strength of my monetary demands demanded here.

#2 They illegally used my Original Copyrighted Material to Bolster their Production Quality, boost their Audience Attendance, and use the Popularity of my Novellas increase their Own Appeal, Profits, Earnings & Portfolio without Paying Me the Owner of the Works, signing a Mutual Agreement, giving me Credit or Paying other required fees such as Royalties.

#3 These Titles (stories/dramas) listed under each name were reproduced under their original names and used my Original Characters and Story Developments & Story Arcs.

4# All Titles were originally Published by me using my Name or a Pseudonym the Full Metaled Alchemist and were Illegally Amassed by the Defendants during harsh times when I had no control over my life and could not stop their earlier exploitation of those works. That period being from my Childhood in the Eighties when I originally published it up until Current Times.

#5 None of the Titles where released with my Permission and I am demanding money based upon their standing Legal Obligations in the ELUA and my Copyright.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

On the general matter of all companies and other parties listed I want them to pay the EULA fines which would demand all their profits belong to me. On the relief of damages from the movie producers & record producers I specifically want their illicit productions destroyed and them to give to me every single dime that they made from all movies, animations, electric cars, & memorabilia given to me and all of the Owners, CEO's, Managers, Head Actors and Singers to pay the straight copyright fine and experience jailtime for the act of purloining my material with in mind of undervaluing their use for me and making use of my material without at first gaining permission (written and signed contract) and their contracts severed forever.

I want the broadcasters to put out commercials exclaiming the moral wrongs of plagiarism and racism for the next thirty years in their primetime slots for an agreed upon ratio of play being specific like before specials or movies. I want them to also broadcast free of charge my specials explaining free of charge explaining the moral wrongs of copyright fraud on and how they affected me on the show the latter this being a time to reflect on moral wrongs done to me and how plagiarism affects people in that time period. Production of the Lithium batteries to cease and all data on all Lithium batteries ever produced i.e. whether for commercial, military, space programs and ownership of all Lithium batteries derived from my original designs.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _May 30_, 20_19_.

Signature of Plaintiff _Terrence Wilder_

Printed Name of Plaintiff _Terrence William_

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

• They are Legally Bound My Books ELUA which has bylines regarding the Enforceable Fines for Intellectual Property theft based on an Agreement that was established by Accessing and using materials therein Legally or Illegally.

• As per the section of the ELUA bound to the pages of my book to which they are legally bound to give me Created by Credits in the beginning of the film, but they don't. And the same regarding the name of the actual book somewhere in these productions but along with required Payments they refuse to follow these rules and instead Counterfeit. And added to that they merchandise memorabilia that really should be my prerogative to gain profits from and they never have shared these profits with me instead the steadily sell them every you can imagine and keep the profits for themselves.

• They illegally give creators credits to some producer, writer etc. as creators which is forbidden in the bylines of my ELUA Agreements both place in to support my claims in case of any lacking in one the other could replace it or help me over come legal challenges.

• They must cease producing and broadcasting and publicly acknowledging their illegal movie interpretations as mentioned in the Exhibits forever.

• The producer or publication company has infringed on my ability to produce this work or possibly even properly sell or resell the rights to this work by their poor or unauthorized production of their version of this work

• The Judge & the Defendants I plead should understand my ELUA or Contract or both is perfectly legal and must agree that this case is governed by the rules or demands cited by me through the agency of the End User License Agreement (ELUA) & Standard Style Contract that was published alongside with my book. Even though Defendants did not sign a contract with me they still are bound to what the Publishing Industry calls a Shrink Wrap license or ELUA therein (sometimes called a EULA) /Contract that is published and displayed clearly in plain English demanding that illegal use of anything any will incite harsh rules and penalties even more damaging or adding to Regular Court Penalties which they agree to. Once the book buyer purchased or accessed a copy of the book (or even opens it up or reads it), the ELUA is in effect. The rules for Intellectual Property Theft were explained thereby. And must understand that this case is also by Governed by the books ELUA, Standard Style Contract or the Laws of the State of Michigan alone and not foreign interests or laws as duly explained in the pages which were printed in the book and contained in an exhaustive explanation of the rules and regulations to the use of any material therein. Judge: And also note that I Terrence Williams was not able to find a registration from the U.S. Copyright Office, having a copy of my publication stolen by nefarious means, have to make use of copies from certain friendly celebrities who I have made contact and agreed more or less to help me put this behavior to an end.

7

Clerks Copy

Terrence Williams
Pro Se Litigant
Detroit, Mi 48208
akhenoton777@gmail.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

TERRENCE D WILLIAMS,                          Case No.:

        Plaintiff,

vs.                                           **ADDITIONAL STATEMETS OF CLIAM:**
                                              **PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON**
AMAZON STUDIOS, ET AL.,                       **THIEVES/PAGE 18 LITHIUM ION/PAGE 20**
                                              **MUSIC THIEVES.**
        Defendant

        Here are additional Statements of Relief of 19 individuals with more specific cases which beg of a more individualistic approach to their fraud remarks. These individuals have either directly done financial harm to me or have committed ELUA infringement by getting my number by illicit means or empowered others in the commitment of Fraud or Copyright Fraud upon which this case is founded. This comprises of twenty companies and a few individuals who have intentionally harmed for reasons unknown to me, but which have greatly diminished my control over my life and finances considerably without just cause.

        Dated this day of May, 2019.

                            Terrence Williams, Pro Se Litigant

**III. Statement of Claim**

**I Plaintiff Terrence Williams brings this Punitive Lawsuit against the Defendants to address Previous and Future Grievances concerning Intellectual Property Theft by the Defendants. And to procure the necessary Monies owed due to Current/Future Infringements that were done while depriving me of the Control, Monetary Capitol and Livelihood that usually accompanies being a Famous and Prolific Author. These entities have been numbered according to their individual position in the document where they may be found.**

ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 1

**Geoffrey Fieger Attorney**

Geoffrey Fieger Attorney contacted me individually in around 2014-2016 by phone. Both of them in their own way harassed me by phone and when asked to stop they refused I eventually changed my phone number in order to end their harassment.

Geoffrey Fieger called on one occasion I was walking his way and near Detroit City Hall (not the newer Coleman Young bldg.), he told me he had a copy of my book Project Stargate and he asked me if it was possible to do a tv commercial in front of the old Detroit City Hall I told him it's not my property and that he should figure out who's property it belonged to and that he should ask them. He refused to let it go and attempted to use me as his secretary and called me on occasion on this and other matters over the course of two years. I found talking to him disturbing and to this day I still don't know how he got my number for years after his call I suffered years and years of anxiety because of his taunting.

**Relief**

According to my license that book in his possession is my property and he no longer has a right to it because of his aggressive calling and harassment his ownership of it has legally been severed. So I want the copy of the book in his possession as a part of my settlement in order because his wanton harassment and the racist way that he conducted himself during his personal calls to me as well as money for psychological damages and damages for his racist behaviors.

**Nancy O'dell**

Nancy O'dell Television Host called me and on different occasions said that she liked my book Project Stargate and even stated that she had a copy, and on another occasion asked me if it was Ok if she bought One Direction cd's and which of course made me angry because I wrote their songs and didn't get any money or royalties from that production. During this conversation and explained to her that what she did was an insult I asked her not to call me anymore and abruptly hanged up.

ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 3

According to my license that book in his possession is my property and he no longer has a right to it because of his aggressive calling and harassment then his ownership of it has legally been severed. That is, I am invoking my right over this book in order because his wanton harassment and the racist way that he conducted himself during his personal calls to me.

**Re: Harassment**

**Relief**

I want damages for the harassment and for copyright infringement and spying.

**Hillary Clinton**

Hillary Clinton contacted me during her presidential campaign in 2016 again mysteriously like the other strangers who contacted me continually harassed me. She had the nerves to ask me if I would donate money to her campaign on one occasion.

And on another she asked me to marry her daughter whom I believed at the time to be married. Her phone calls came after Donald Trump at first called me and seemed at the time to be the one who she got my phone number from. She asked me if I would allow her to live in my bomb shelter and I tried to explain that I don't have one and don't necessarily believe in them.

To explain that last statement I must say that complaint has a lot with my book and my hobby of prophesying. But I believe that her contact was both harassment and illegal under the fact that her or somebody she knew (Like Trump) devised a way to contact me illegally and just become a terrible repeat caller even though I begged her to stop calling which is my reasoning for suing her.

**Re- Domestic Spying, Harassment, Psychological Damages**

**Relief**

I want damages for the harassment and copyright infringement and spying.

**Juan/Joyce Williams**

ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 5

1   time I discovered his attention to use my disability to ruin my concentration in order to serve as a punishment for a

2   childhood incident where he tried to rape me and I fought him off and told my grandmother. This went on for years

3   despite my protest and resulting in my early leave to an apartment but when I returned it was worse and devolved

4   into more invasiveness and Civil Rights violations.

5

6   **Joyce**

7   Joyce early violated my rights by continually staring at me as in entered the bedroom she allowed me to stay in and

8   trying to get me to wash her stinky feet. She refused to let females call me but would always allow Juan's callers to

9   come through.

10   She would complain about me taking showers to keep myself clean even though she and her son had bad hygiene.

11   Their poor hygiene kept me sick and after she retired from Chrysler, she and her son would keep up coughing and

12   sneezing around me and would respond to my complaints by weirdly saying that I was the real culprit. It was an

13   atmosphere where If I wanted anything done I had to ask and when I asked them to take action against these

14   Hollywood fiends they denied my right to do so even when I told them I had a copyright they said "that don't mean

15   you can sue them". Charge- Civil Rights Violation, ADA

16   Add the number of years and desecration of youth

17   Juan violated my civil rights when he would insist on me getting a ride in his car and demanding money for the

18   experience. His insistence on driving me was a passion of his but my nightmare. He would violate the rights of other

19   people in our home by playing his music loudly. He insisted on getting loans that he would never repay and when I

20   tried to claim the money, he owes me nothing because I was living in his mother's home. He held me to a low

21   standard often parading his friends before me telling them my name but denying me to know anything about them.

22   Both of them bullied me into sitting back as Hollywood execs constantly called and used up material from my book

23   and further bullied me into poverty for their enjoyment rather than allow me to fulfill my dreams by some sort of

24   supernatural hold on me. They would often side with those Hollywood bullies hounding me rather than allow me to

25   live my life in happiness the subjected me to every form of misery they could devise. They would often put a choke

26   hold on me by using Voodoo and witchcraft apparently taught to her by one of the mediums or psychic sorcerers she

27   used to pay for advice.

28   ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE
18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 7

I want to be paid for the years back owed for the use of my character and slogan and for them to pay for the use of illicit musical acts music used at events as a part of this settlement. I want as actual damages any and all buildings with my logo on it to be given to me as a part of this settlement.

**Aspiro B**

This is a German company that produced Tidal a lossless format based off the lossless opensource concepts created by me in the 90's which was created on a Red Hat Linux operating system. Not only was the format created by me stolen by the company some of my songs where subject to this form of digitization known as the lossless format.

**Relief**

I want this company to stop the sales of music under the lossless format and for them to pay damages for the format and the placement of songs in this format and to stop using this format forever as well as any songs that might be based on my signature songs or parts thereof.

**IBM (& Sibling Red Hat Linix)**

IBM's mainframes and server's & also the sibling platform Red Hat & possibly Aix both use a certain symbol depicted below (see Picture of the Symbol in Question) in their software which have an origin in my story Independence Day Resurgence.

Red Hat kept and distributed a lossless format for music which was apart of a music program I created in the early 2000's and instead of minding their own business offered me a job which their persistent calling disrupted my ability to copyright the music or sound recording format at the time which was so mind boggling that it drew a lot of attention from what I really wanted in life at the time leading me to forget about seeking a proper copyright.

But the music format in question but remained on the Red Hat servers for years under my name and today of course is impossible for me to find since I don't own a Red Hat operating system anymore.

But one of the more pertinent reasons I found was during an internet search where I found out they were using a certain symbol of my creation and which was placed under my copyright as a part of the story called Independence

ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 9

1   The basic problem I have with the attorney then about 2017 they have been sending out documents claiming me as a

2   creditor when all I want is for them to quit profiting off of my copyrighted stories both those they made in the past

3   and have planned in the making. I think that their seeking bankruptcy protection so that they can continue their

4   illegal activities such the Spy Kids animated series that the company put together. This is attempted to cover up their

5   Fraud while they reorganize and keep me from insuring extra jailtime for their careless and racist rip-off of my

6   publication.

7   Plus, I believe that fraudulently putting my name their documents and having the courts threaten me with jail time

8   constitutes a tactic to allow them to commit more fraud by using scare tactics and fraudulent language to try to stop

9   me from suing them while they continue to commit their crimes and build up more assets for their financial

10  solidarity and as for J. S Kierman he is considered the mastermind of this fraud that's why I am going after him.

11  Placing my name on this fraudulent bankruptcy constitutes another fraudulent activity. I as suing for J. S Kierman

12  for fraud and copyright infringement for placing my name on documents accessory to fraud because TWC actually

13  has and attempting to continue their efforts of making money off of my book without my expressed written

14  permission.

15

16  **Relief**

17  I want my name removed from them their bankruptcy case after he admits that his client ripped me off and is not

18  going and a fine for the Copyright Infringement and an EULA infringement based on the fact that anyone who steals

19  from my book agrees to meet me in court on these mattress not hide like a racist.

20  I am asking for monetary damages for this activity as this lawsuit I will shine forth the truth about how TWC and its

21  subsidiaries work and give me the means to stop this bankruptcy case for good due to its basis in fraud. J. S Kierman

22  willfully committed fraud by putting my name on court files as a creditor instead of facing me in court and letting

23  the judge decide on this matter. Saying that I was a creditor and not a victim of TWS and their subsidiary

24  companies' racist exploitation of my publication covers up a deep wound and wrong with more wrongs and presents

25  a means for his client to continue what they are doing with impunity as even now various web sources show signs of

26  the companies greedy desire to undermine m legal writes over these story creation of mine. This lawsuit is partially

27

28  ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE
    18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 11

does some jailtime for his blatant discrimination & copyright fraud which praises his white counterparts in Hollywood as some kind of hero in his eyes despite their having basically stolen everything from my book without my permission.

**E. W. Scripps Company**

The EW Scripps company is an incorporated entity that resides in the state of Ohio but has media assets all across the country. Some of the worst copyright offenders that I know of personally are and I got a new channel called the day was there channels Bounce, Grit, Escape, and Laff Media but also WXYZ (Channel 7) Detroit, WMYD Detroit (Channel 20) in Michigan, and MOUNTAIN KWBA Tucson, (Channel 58) is a CW affiliated network in Arizona. These channels either promote or host or both copyrighted content that originated with ideas of which originated in my book Project Stargate. Such as their alleged African-American channel called Bounce which re-broadcast shows and movies featuring African Americans on a daily basis many of these productions were produced legally without my permission. Grit does the same for the action films and escape does essentially the same for mysteries, and of course Laff Media does the same thing for comedies. E.W. Scripps Company channel 7 hosts content from the national ABC network which also has content that infringes on my copyrights. But more than that this company has multiple media outlets throughout America which mostly do much the same as their Detroit counterparts.

I want them to stop broadcasting the Macy's Thanksgivings day Parade and their Fourth of July displays on TV for the next seven years and no distributing of it either during those years although they may record for posterity if they wish.

**Relief**

I want all illicit content taken off the air off their stations as well as damages for all the distribution and promotion of the same material. And all past damages to be paid off as well as a part of remedies from this lawsuit.

**Graham Holdings Company**

The entity known as Graham Holdings Company has a diverse portfolio of companies such as Graham Automotive which sells and services Volkswagen, Volvo, Audi vehicles in the greater Sioux Falls SD area.

ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 13

1   which other civilians are seeking money to produce anime which is really my Renderman style graphic art which

2   belongs exclusively to me.

3

4   **Relief**

5   I want damages for all, or any illicit movies funded through this site as well as damages for any unlicensed so caught

6   anime comic books or any other invitations of my book such as stories or characters which have been or will be

7   produced through funding from this site.

8

9   **Macy's**

10   Macy's funds the Macy's Thanksgiving Day Parade ever year around November in New York as well as the Macy's

11   Forth of July Fireworks which I have reason to believe our productions of Detroit's The Parade company. I recorded

12   them on my DVR in recent years using songs not only in their floats but also in the marching bands and broadcast

13   these over the air over NBC yearly. And they have brokered with The Parade Company to produce balloons or floats

14   featuring characters purloined by Disney or other entities such as Cartoon Network's to become what I believe is a

15   yearly fixture in their production.

16   No doubt, Mac'y has over the years probably contracted with the aforementioned companies and others to sell illicit

17   T-shirts and other products displaying certain characters or actors portraying characters on their clothes since the

18   plagiarism of my work started.

19

20   **Relief**

21   I want damages for all the music played and characters created for both their parade and fireworks show as well as

22   commercials and any clothing lines that falsely represent my copyright paid in full. I want all illicit properties

23   destroyed forever that means clothing pulled off of their shelves and floats or balloons or costumes destroyed.

24

25   **Rakuten Kobo**

26   Rakuten Kobo is an online e-book seller they also produce the kobo e-book reader a small tablet computer that

27   houses e-books and runs from in the illicit lithium battery. Over the years I have bought many things from their kobo

28   ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 15

**The Cartoon Character and Artistic Style Thieves are mainly:**

Bird Studio (Akira Toriyama Studio), Dark Horse Comics, Kondansha, MADHOUSE Inc, Titan Comic & Titan Books, Tokyopop U.S.A., Valve, Viz Media

**Other Cartoon and Artistic Style pirates include:**

Viacom's Nickelodeon, Comedy Central, The Walt Disney Company's & their Marvel Studios, 21st Century Fox, At&t's The CW (Formerly Called the WB), DC Comics, Cartoon Network Studio, Adult Swim (formerly Toonami), DC Films (circa 2016) HBO, Crunchy Roll, Comcast Corporation's DreamWorks, SyFy

### III. Statement of Claim

I Plaintiff Terrence Williams brings this Punitive Lawsuit against the Defendants to address Previous and Future Grievances concerning Intellectual Property Theft by the Defendants. And to procure the necessary Monies owed due to Current/Future Infringements that were done while depriving me of the Control, Monetary Capitol and Livelihood that usually accompanies being a Famous and Prolific Author.

**I Claim the Following as the Basis of this Dispute:**

#1 These companies have taken up the practice of using my characters, storylines, and the likeness of my art-style, art-work in their comics and other personal properties and cultural stylings without permission. And they published and broadcast their illicit versions of my characters and character motifs without obtaining any explicit permission from me.

#2 They often give credit & illicit usage of my ideas to my ideas to their subordinates or compatriots (especially the Japanese based groups) as the originators and creators of the art-style I created. They continually use my ideas to give their publications massive appeal. And these companies have encouraged a lesser known publication of a comic book style called Hentai to produce porn which depicts my youth and childhood characters in sexual situations.

#3 The Japanese conspirators use Japan as the main backdrop of their pirated versions in order to throw off the public from knowing that they produce mainly illicit versions of my art and personal creator style. The ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 17

1    **Capitol and Livelihood that usually accompanies being a Famous Inventor much to my Dismay through**

2    **intentional Copyright Infringement despite my demands for Cease and Desist Action & the demand for**

3    **Monetary Payment**.

4             I Claim the Following as the Basis of this Dispute:

5                #1 The Defendants currently sell cars that use Lithium batteries

6                #2 Production or use of Lithium Batteries is illegal due to the fact that I invented the formula but

7    do not as was my plan manufacture nor license the sale or usage of batteries with this formula therefore all Lithium

8    Batteries are illegal

9                    #3 They produce batteries that run off my Lithium battery formula or a Lithium based derivative

10    or mixed formula illegal

11                  #4 Any Lithium formulas based on my original formula belong to me as well by the ELUA or

12    Shrink-wrap agreement in the book

13                #5 The Lithium Battery is under my original Copyright & by law is my legal monopoly

14               #6 Manufacturing Lithium Batteries or building Lithium Batteries for manufacturing specifically

15    to be executed on devices that contain that battery or experimental developments made that are based on my

16    invention is Intellectual Property Theft

17

18             Lithium Battery thieves that include ubiquitous devices such as eBooks and Laptops created by

19    these companies:

20             Apple Park, AT&T CORP, Barnes & Noble, Rakuten Kobo (& Lit Ion)

21

22             **I Claim the Following as the Basis of this Dispute:**

23               #1 The Defendants currently both sell books by plagiarist & devices that use Lithium batteries

24              #2 Knock off stories based on my idea are meant to make it seem as if they are the originators

25    behind these stories as well as supply movie makers with new stories for production

26                #3 They use devices that run off my Lithium battery formula or a Lithium based derivative or

27    mixed formula

28    ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE 18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 19

1

2         **Concord Records & sibling:**

3         Kidz Bop (Owned by Razor & Tie a subsidiary of Concord Records)

4         **Sony Music Entertainment & siblings:**

5         Columbia Records, RCA, Sony Music, Syco Entertainment (founded by Simon Cowell)

6         **Tidal**

7         **Universal Music Group & siblings:**

8         Republic Records, Universal Records, Dr. Dre (Aftermath), M&M (Shady Records), 50 Cents (G-

9 Unit Records), N.W.A. & others (defunct Priority Records), Ice Cube/ (current Lynch Mob Records), Interscope,

10 Cash Money, Virgin Records Ltd (still active in U.S.A.)

11         **Warner Music Group:**

12         Atlantic Records, Warner Bros Records

13

14         **I Plaintiff Terrence Williams brings this Punitive Lawsuit against the Defendants to address**

15 **Grievances concerning Intellectual Property Theft by the Defendants. And to procure the necessary Monies**

16 **owed due to Current/Future Infringements that were done while depriving me of the Control, Monetary**

17 **Capitol and Livelihood that usually accompanies being a Famous and Prolific Author as well as Address the**

18 **theft of my songs and some fictitious Pseudonyms which were illegally stolen by the Defendants and**

19 **Recording Artist much to my Dismay through intentional Copyright Infringement despite my demands for**

20 **Cease and Desist Action & the demand for Monetary Payment.**

21         **I Claim the Following as the Basis of this Dispute:**

22         #1 The Songs in question and their included Choreographies, Style, Dress, Attitude and other

23 creations are currently under my Copyright and the even more restrictive Franchise License Agreement/Contract (or

24 ELUA) & its Prescription for Illegal Intellectual Property theft explained therein which carries the strength of my

25 monetary demands demanded here.

26

27

28 ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE
18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 21

1                  • They are Legally Bound My Books ELUA which has bylines regarding the Enforceable Fines for

2   Intellectual Property theft based on an Agreement that was established by Accessing and using materials therein

3   Legally or Illegally.

4                  • As per the section of the ELUA bound to the pages of my book to which they are legally bound

5   to paying me all of their profits from their illegal activity. And added to that they place clips from their Music

6   Videos on YouTube and other Web Venues.

7                  • They illegally allow secondary usage of my songs on venues like American Idol & the Voice.

8                  • They illegally allow these productions on Vevo & Cable TV.

9                  • The Judge & the Defendants must acknowledge the strength and message of my ELUA and must

10   agree that this case is governed by the rules or demands cited by me through the agency of the Franchise License

11   Agreement & Standard Style Contract that was published alongside with my book. Even though Defendants did not

12   sign a contract with me they still are bound to what the Publishing Industry calls a Shrink Wrap license or ELUA

13   therein and the Contract that is published and displayed clearly in plain English demanding that illegal use of

14   anything any will incite harsh rules and penalties even more damaging or adding to Regular Court Penalties which

15   they agree to. Once the book buyer purchased or accessed a copy of the book (or even opens it up or reads it), the

16   ELUA is in effect. The rules for Intellectual Property Theft were explained thereby. And must understand that this

17   case is also by Governed by the books ELUA, Standard Style Contract or the Laws of the State of Michigan alone

18   and not foreign interests or laws as duly explained in the pages which were printed in the book and contained in an

19   exhaustive explanation of the rules and regulations to the use of any material therein.

28

ADDITIONAL STATEMETS OF CLIAM: PAGE 1: SPECIFIC CASES/PAGE 16 CARTOON THIEVES/PAGE
18 LITHIUM ION/PAGE 20 MUSIC THIEVES. - 23

Clerks Copy

Terrence Williams
Pro Se Litigant
Detroit, Mi 48208
akhenoton777@gmail.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TERRENCE D WILLIAMS, | Case No.: |
| Plaintiff, | |
| vs. | REMAINING DEFENDANTS & AGENTS OF SERVICE |
| AMAZON STUDIOS, ET AL., | |
| Defendant | |

    Beginning with the next company following the same format beginning in the defendant's box are the addresses of the remaining defendants on my list. The remaining defendants total 64 defendants in number (68 with the four defendants in the complaint) are listed here. 46 of these defendants have Agents of Service and a list of those agents follow this list.

    Dated this day of May, 2019.

Terrence Williams, Pro Se Litigant

REMAINING DEFENDANTS & AGENTS OF SERVICE - 1

.

| The Defendants No.5 | | The Defendants No.37 | |
|---|---|---|---|
| Name | AT&T CORP. | Name | Lulu Press, Inc. |
| Job or Title | | Job or Title | |
| Street Address | 28 LIBERTY ST. | Street Address | 627 Davis Drive, Suite 300, |
| City and County | NEW YORK & New York County | City and County | Morrisville & Wake County |
| State and Zip Code | NEW YORK & 10005 | State and Zip Code | NC & 27560 |
| Telephone Number | | Telephone Number | |
| E-Mail Address | | E-Mail Address | |
| The Defendants No.6 | | The Defendants No.38 | |
| Name | Barnes & Noble Head Office | Name | MACY'S CORPORATE SERVICES |
| Job or Title | | Job or Title | |
| Street Address | 122 Fifth Avenue, | Street Address | 7 West Seventh Street |
| City and County | New York & New York County | City and County | Cincinnati & Hamilton County |
| State and Zip Code | New York & 10011 | State and Zip Code | OH & 45202 |
| Telephone Number | (212) 633-3300 | Telephone Number | 513-579-7000 |
| E-Mail Address | | E-Mail Address | |
| The Defendants No.7 | | The Defendants No.39 | |
| Name | | Name | MADHOUSE Inc. |
| Job or Title | Big Dog Productions | Job or Title | |
| Street Address | 3000 W Alameda Ave Ste 2190 | Street Address | Shinnakano AM1 Building 3F, |
| City and County | Burbank & Los Angeles County | City and County | 3-23-3 Honcho, Nakano-ku, |
| State and Zip Code | CA & 91523 | State and Zip Code | Tokyo, 164-0012, JAPAN |
| Telephone Number | 1-818-840-2299 | Telephone Number | (+)81-3-5308-3960 |
| E-Mail Address | | E-Mail Address | |
| The Defendants No.8 | Akira Toriyama Studio | The Defendants No.40 | |
| Name | Bird Studio | Name | Music Hall |
| Job or Title | | Job or Title | |
| Street Address | Tennō-55 Asahi, | Street Address | 350 Madison Ave. |
| City and County | Kiyosu-shi, | City and County | Detroit & Wayne |
| State and Zip Code | Aichi-ken 452-0932, Japan | State and Zip Code | MI & 48226 |
| Country | | Telephone Number | |
| Telephone Number | | E-Mail Address | |
| E-Mail Address | | | |

The Defendants No.9
Name
Job or Title                 BMW AG (Main Office)
Street Address               Petuelring 130
City and County              Munchen & Munich
State and Zip Code           80788 Germany
Telephone Number
E-Mail Address
The Defendants No.10
Name                         CBS BROADCASTING INC
Job or Title
Street Address               51 W 52ND STREET (19-13)
City and County              NEW YORK & New York County
State and Zip Code           NEW YORK, 10019
Telephone Number
E-Mail Address
The Defendants No.11
Name                         Chrysler Group LLC
Job or Title
Street Address               1000 Chrysler Dr
City and County              Auburn Hills & Oakland County
State and Zip Code           MI & 48326– 2766
Telephone Number             (248) 576 - 5741
E-Mail Address
The Defendants No.12
Name                         Law Department
Job or Title
Street Address               2 Woodward Avenue, Suite 500
City and County              Detroit & Wayne
State and Zip Code           MI & 48226
Telephone Number             313-224-4550,
E-Mail Address

The Defendants No.41
Name                         Nancy O'dell
Job or Title                 Television Host/Journalist
Street Address               4024 Radford Ave
City and County              Studio City & Los Angeles County
State and Zip Code           CA & 91604
Telephone Number
E-Mail Address
The Defendants No.42
Name                         National amusements, Inc.
Job or Title
Street Address               846 University Ave.
City and County              Norwood & Los Angeles County
State and Zip Code           MA & 02062 – 9108
Telephone Number             781 – 461 – 1600
E-Mail Address
The Defendants No.43
Name                         National Basketball Association
Job or Title
Street Address               Olympic Tower 645 5th Ave.
City and County              New York & & New York County
State and Zip Code           NY & 10022
Telephone Number             212-826-7000
E-Mail Address
The Defendants No.44
Name                         National Football League
Job or Title
Street Address               345 Park Avenue
City and County              New York & & New York County
State and Zip Code           NY & 10154
Telephone Number             (330) 962-7272
E-Mail Address

| The Defendants No.13 | | The Defendants No.45 | |
|---|---|---|---|
| Name | Comcast Corporation | Name | Netflix headquarters |
| Job or Title | | Job or Title | |
| Street Address | 1701 JFK Boulevard | Street Address | 100 Winchester Cir. |
| City and County | Philadelphia, Philadelphia County | City and County | Los Gatos& Santa Clara County |
| State and Zip Code | Pennsylvania & 19103 | State and Zip Code | CA & 95032 |
| Telephone Number | | Telephone Number | 1-408-540-3700 |
| E-Mail Address | | E-Mail Address | |
| The Defendants No.14 | | The Defendants No.46 | |
| Name | CONCORD RECORDS, INC. | Name | Nissan North America, Inc. |
| Job or Title | | Job or Title | |
| Street Address | 100 N CRESCENT DR #275 | Street Address | One Nissan Way, |
| City and County | BEVERLY HILLS & Los Angeles County | City and County | Franklin & Williamson County |
| State and Zip Code | CA & 90210 | State and Zip Code | TN & 37067, U.S.A. |
| Telephone Number | | Telephone Number | |
| E-Mail Address | | E-Mail Address | |
| The Defendants No.15 | | The Defendants No.47 | |
| Name | Dark Horse Comics | Name | PUBLIC BROADCASTING SERVICE |
| Job or Title | | Job or Title | |
| Street Address | 10956 SE Main Street | Street Address | 2100 CRYSTAL DRIVE |
| City and County | Milwaukie & Clackamas County | City and County | ARLINGTON & Arlington County |
| State and Zip Code | Oregon & 97222 | State and Zip Code | VA & 22202 |
| Telephone Number | (503) 652-8815 | Telephone Number | |
| E-Mail Address | | E-Mail Address | |
| | | The Defendants No.48 | |
| The Defendants No.16 | | Name | Rakuten Kobo Inc. |
| Name | Dr. Dre | Job or Title | |
| Job or Title | Owner of Crucial Films | Street Address | 135 Liberty St, Suite 101, |
| Street Address | 2220 Colorado Ave, 5th Fl | City and County | Toronto, |
| City and County | Santa Monica & Los Angeles County | State and Zip Code | CA ON M6K 1A7 |
| State and Zip Code | CA & 90404 | Telephone Number | 416-977-8737 |
| Telephone Number | 1-310-865-8249 | E-Mail Address | |
| E-Mail Address | crucialfilms.asst@gmail.com | | |

.

The Defendants No.17
Name                          Facebook HQ
Job or Title
Street Address                1 Hacker Way
City and County               Menlo Park & San Mateo County
State and Zip Code            California & 94025
Telephone Number
E-Mail Address
The Defendants No.18
Name                          Ford Motor Company
Job or Title
Street Address                One American Road, Suite 1026
City and County               Dearborn & Wayne County
State and Zip Code            Mi & 48126- 2798
Telephone Number              (313) 322 – 3000
E-Mail Address
The Defendants No.19
Name                          Fraunhofer
Job or Title                  Institute for Integrated Circuits
Street Address                Am Wolfsmantel 33
City and County               Erlangen & Bavaria
Zip Code & Country            Germany & 91058
Telephone Number
E-Mail Address
The Defendants No.20
Name
Job or Title                  General Motors Company
Street Address
City and County               30600 Telegraph Rd., Suite 2345
State and Zip Code            Bingham Farms & Oakland County
Telephone Number              Mi & 48025
E-Mail Address

The Defendants No.49
Name                          Red Hat Corporate headquarters
Job or Title
Street Address                100 East Davie Street
City and County               Raleigh & Wake County
State and Zip Code            NC & 27601
Telephone Number
E-Mail Address
The Defendants No.50
Name                          Richard Snyder
Job or Title                  Ex Governor
Street Address                201 S MAIN STREET 10TH FLOOR,
City and County               Ann Arbor & Washtenaw County,
State and Zip Code            Mi & 48104
Telephone Number
E-Mail Address
The Defendants No.51
Name                          Robinson Furniture
Job or Title                  C/O Scott Bradley
Street Address                3180 E. Jefferson Ave.
City and County               Detroit & Wayne
State and Zip Code            MI & 48207
Telephone Number              313-338-3290
E-Mail Address                @robinsonfurnituredet
The Defendants No.52
Name                          SHELTON J. SPIKE LEE
Job or Title
Street Address                75 S ELLIOTT PLACE
City and County               BROOKLYN & KINGS COUNTY
State and Zip Code            NEW YORK & 11217
Telephone Number
E-Mail Address

The Defendants No.21
| | |
|---|---|
| Name | FOX CORPORATION |
| Job or Title | |
| Street Address | 1211 Avenue of the Americas, 2nd Flr |
| City and County | New York & New York County |
| State and Zip Code | NY 10036 |
| Telephone Number | 212-301-3000 |
| E-Mail Address | |

The Defendants No.22
| | |
|---|---|
| Name | Geoffrey Fieger Attorney |
| Job or Title | Owner of Fieger Law |
| Street Address | 19390 W 10 Mile Rd, |
| City and County | Southfield & Oakland County |
| State and Zip Code | MI & 48075 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.23
| | |
|---|---|
| Name | Hillary Diane Rodham Clinton |
| Job or Title | |
| Street Address | 15 Old Ln, |
| City and County | Chappaqua & Westchester County, |
| State and Zip Code | NY & 10514 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.24
| | |
|---|---|
| Name | Honda Motor Company |
| Job or Title | |
| Street Address | 700 Van Ness Ave. |
| City and County | Torrance & Los Angeles County, |
| State and Zip Code | CA & 90501 |
| Telephone Number | (310) 783-2000 |
| E-Mail Address | |

The Defendants No.53
| | |
|---|---|
| Name | Sony Pictures Entertainment |
| Job or Title | Entertainment company |
| Street Address | 10202 W WASHINGTON BLVD SPP 119 |
| City and County | CULVER CITY & Los Angeles County |
| State and Zip Code | CA & 90232 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.54
| | |
|---|---|
| Name | SQUARE ENIX, INC. |
| Job or Title | |
| Street Address | 999 N. Pacific Coast Highway, 3rd Floor, |
| City and County | El Segundo & Los Angeles County |
| State and Zip Code | CA & 90245, U. S. A. |
| Telephone Number | (+)1-310-846-0400 |
| E-Mail Address | |

The Defendants No.55
| | |
|---|---|
| Name | Tesla Autos, INC |
| Job or Title | |
| Street Address | 1831 Garvey Ave., #25 |
| City and County | Alhambra & Los Angeles County |
| State and Zip Code | CA & 91803 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.56
| | |
|---|---|
| Name | THE E.W. SCRIPPS COMPANY |
| Job or Title | |
| Street Address | 312 Walnut St Ste 2800 |
| City and County | Cincinnati & Hamilton County |
| State and Zip Code | MI & 45202 |
| Telephone Number | (513) 977-3000 |
| E-Mail Address | |

The Defendants No.25
| | |
|---|---|
| Name | Hyundai Motor America |
| Job or Title | |
| Street Address | 10550 Talbert Ave, |
| City and County | Fountain Valley, |
| State and Zip Code | CA 92708 |
| Telephone Number | (714) 965-3000 |
| E-Mail Address | |

The Defendants No.26
| | |
|---|---|
| Name | Hurwitz & Schlossberg Productions |
| Job or Title | |
| Street Address | 5757 Wilshire Blvd Ph 20, |
| City and County | Los Angeles & Los Angeles County |
| State and Zip Code | CA & 90036 |
| Telephone Number | (323) 525-1000 |
| E-Mail Address | |

The Defendants No.27
| | |
|---|---|
| Name | Ice Cube |
| Job or Title | Owner of Cube Vision |
| Street Address | 9000 W Sunset Blvd |
| City and County | West Hollywood & Los Angeles County |
| State and Zip Code | CA & 90069 |
| Telephone Number | 1-310-461-3495 |
| E-Mail Address | info@cube-vision.com |

The Defendants No.28
| | |
|---|---|
| Name | iHeartMedia, Inc. |
| Job or Title | |
| Street Address | 20880 Stone Oak Pkwy |
| City and County | San Antonio & Bexar |
| State and Zip Code | Texas & 78258 |
| Telephone Number | (210) 822-2828 |
| E-Mail Address | investorrelations@iHeartMedia.com |

The Defendants No.57
| | |
|---|---|
| Name | The Parade Company |
| Job or Title | |
| Street Address | 9500 Mt. Elliott, Studio A |
| City and County | Detroit & Wayne |
| State and Zip Code | MI & 48211 |
| Telephone Number | 313-923-7400 |
| E-Mail Address | clownie@theparade.org |

The Defendants No.58
| | |
|---|---|
| Name | The Walt Disney Company, |
| Job or Title | |
| Street Address | 500 South Buena Vista Street MC 9722, |
| City and County | Burbank & Los Angeles County, |
| State and Zip Code | CA & 91521 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.59
| | |
|---|---|
| Name | TIDAL Music AS |
| Job or Title | |
| Street Address | 1411 Broadway, |
| City and County | New York & New York County |
| State and Zip Code | New York & 10018 US |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.60
| | |
|---|---|
| Name | Titan Comics & Titan Books |
| Job or Title | |
| Street Address | 144 Southwark St, |
| City and County | London |
| State and Zip Code | SE1 0UP, UK |
| Telephone Number | (+)44-20-7620-0200 |
| E-Mail Address | |

The Defendants No.29
| | |
|---|---|
| Name | ILITCH HOLDINGS, INC. |
| Job or Title | (Inside the fox theater) |
| Street Address | 2211 WOODWARD AVENUE |
| City and County | DETROIT & Wayne |
| State and Zip Code | MI & 48201-3400 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.30
| | |
|---|---|
| Name | IBM CORP |
| Job or Title | |
| Street Address | NEW ORCHARD ROAD |
| City and County | ARMONK & WESTCHESTER |
| State and Zip Code | NEW YORK & 10504 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.31
| | |
|---|---|
| Name | Joyce Williams |
| Job or Title | |
| Street Address | 48235 Asbury Park, |
| City and County | Detroit & Wayne |
| State and Zip Code | Mi & 48208 |
| Telephone Number | 313-836-8729 |
| E-Mail Address | |

The Defendants No.32
| | |
|---|---|
| Name | John S. Kiernan |
| Job or Title | Atorney at Debevoise & Plimpton LLP |
| Street Address | 919 3rd Ave #29, |
| City and County | New York & New York County |
| State and Zip Code | NY & 10022 |
| Telephone Number | |
| E-Mail Address | jskiernan@debevoise.com |

The Defendants No.61
| | |
|---|---|
| Name | TOKYOPOP U.S.A.: |
| Job or Title | |
| Street Address | 5200 W Century Blvd, Suite 705 |
| City and County | Los Angeles & Los Angeles County |
| State and Zip Code | CA & 90045 USA |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.62
| | |
|---|---|
| Name | Toyota Motor North America, Inc. |
| Job or Title | |
| Street Address | 6565 Headquarters Drive, |
| City and County | Plano & Collin County |
| State and Zip Code | TX & 75024 USA |
| Telephone Number | (800) 331-4331 |
| E-Mail Address | |

The Defendants No.63
| | |
|---|---|
| Name | U.S. Attorney General |
| Job or Title | Part of the U.S. Department of Justice |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington & District Of Columbia County |
| State and Zip Code | DC & 20530-0001 |
| Telephone Number | |

The Defendants No.64
| | |
|---|---|
| Name | Valve |
| Job or Title | |
| Street Address | PO BOX 1688 |
| City and County | Bellevue & King County |
| State and Zip Code | WA & 98009 |
| Telephone Number | (425) 889-9642 |
| E-Mail Address | |

.

The Defendants No.33
| | |
|---|---|
| Name | Juan Williams |
| Job or Title | |
| Street Address | 48235 Asbury Park, |
| City and County | Detroit & Wayne |
| State and Zip Code | Mi & 48208 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.34
| | |
|---|---|
| Name | KICKSTARTER, PBC |
| Job or Title | |
| Street Address | 58 KENT STREET |
| City and County | BROOKLYN & KINGS COUNTY |
| State and Zip Code | NEW YORK & 11222 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.35
| | |
|---|---|
| Name | Kodansha Advanced Media LLC |
| Job or Title | |
| Street Address | 717 Market St., Suite 100 |
| City and County | San Francisco & San Francisco County |
| State and Zip Code | California & 94103 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.36
| | |
|---|---|
| Name | Lions Gate Entertainment Corp |
| Job or Title | Entertainment company |
| Street Address | 2700 Colorado Avenue |
| City and County | Santa Monica & Los Angeles County |
| State and Zip Code | CA & 90404 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.65
| | |
|---|---|
| Name | VIACOM INC |
| Job or Title | Ams Multinational Media Conglomerate |
| Street Address | 1515 BROADWAY |
| City and County | New York & New York County |
| State and Zip Code | New York, 10036 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.66
| | |
|---|---|
| Name | VIZ Media, LLC |
| Job or Title | |
| Street Address | 1355 Market St., Suite 200 |
| City and County | San Francisco & San Francisco County |
| State and Zip Code | CA & 94103 |
| Telephone Number | |
| E-Mail Address | |

The Defendants No.67
| | |
|---|---|
| Name | Volkswagen Group of America, Inc. |
| Job or Title | Corporate Headquarters |
| Street Address | 2200 Ferdinand Porsche Drive, |
| City and County | Herndon & Fairfax County |
| State and Zip Code | VA & 20171 |
| Telephone Number | 248-754-5000 |
| E-Mail Address | |

The Defendants No.68
| | |
|---|---|
| Name | YUM! BRANDS, INC. |
| Job or Title | |
| Street Address | 1441 GARDINER LN |
| City and County | LOUISVILLE & Jefferson County |
| State and Zip Code | KY & 40213 |
| Telephone Number | |
| E-Mail Address | |

1  Terrence Williams
   Pro Se Litigant
2  Detroit, Mi 48208
   akhenoton777@gmail.com
3
                        UNITED STATES DISTRICT COURT
4
                        EASTERN DISTRICT OF MICHIGAN
5
6  TERRENCE D WILLIAMS,                    Case No.:

7          Plaintiff,

8  vs.                                     AGENTS OF SERVICE

9  AMAZON STUDIOS, ET AL.,

10         Defendant

11         Here is a list of the 46 Agents of Service I found on the State websites or other sources on the

12  internet. All agents of service whose websites I found are considered responsible for taking these complaints on

13  behalf of their respective clients. Their respective client's names are placed above the Agent of Services files.

14

15         Dated this day of May, 2019.

16
                                          _Terrence Williams_____
17                                         Terrence Williams, Pro Se Litigant

18

19

20

21

22

23

24

25

26

27

28

AGENTS OF SERVICE - 1

1     Def 1.   AMAZON STUDIOS, INC

**AMAZON STUDIOS, INC**
**Agent of Service**
LAWYERS INCORPORATING SERVICE
251 LITTLE FALLS DR
WILMINGTON DE 19808

2     Def 3.   Apple Park

**Apple**
**Registered Agent**
**NATIONAL REGISTERED AGENTS, INC.**
111 EIGHTH AVE 13TH FL
NEW YORK NY 10011

3     Def 4.   Art Van Furniture

**Art Van**
**Resident Agent**
Ronald Boire
6500 E 14 MILE RD

4     Def 5.   AT&T CORP

**AT&T CORP**
**Registered Agent**
C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

5     Def 6.   Barnes & Noble

**Barnes & Noble, Inc.**

24     Def 35.  Kondansha

**Kodansha Advanced Media LLC**
**Agent of Service Alvin Lu**
717 Market St., Suite 100
San Francisco California 94103

25     Def 36.  Lions Gate Entertainment Corp

**Lions Gate Entertainment Corp**
**Agent of Service**
**VIVIAN IMPERIAL**
818 W SEVENTH ST STE 930
LOS ANGELES CA 90017

26     Def 37.  Lulu Press, Inc.

**Lulu Press, Inc.**
**Registered Agent**
**CT Corporation System**
150 Fayetteville St # 1011,
Raleigh, NC 27601

27     Def 38.  Macys Corporate Services

**MACY'S CORPORATE SERVICES, INC.**
**Registered Agent**
**CORPORATE CREATIONS NETWORK INC.**
15 NORTH MILL STREET
NYACK, NEW YORK, 10960

28     Def 42.  National Amusements, Inc

**National amusements, Inc.**

**Registered Agent**
CAPITOL SERVICES, INC.
1218 CENTRAL AVENUE, SUITE 100
ALBANY, NEW YORK, 12205

6        Def 7.    Big Dog Productions

**Big Dog Productions**
**Agent for Service**
RONALD BERG
667 PARK LANE
MONTECITO CA 91308

7        Def 9.    BMW

**BMW AG - BMW of North America, LLC (Main Office) –**
Harris, Howard Steven
Vice President of Legal Affairs, General Counsel & Secretary
Woodcliff Lake, NJ
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07675

8        Def 10.  CBS BROADCASTING INC

**CBS BROADCASTING INC**
**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

9        Def 11.  Chrysler Group LLC

**Chrysler Group LLC**

**Registered Agent**
C T CORPORATION SYSTEM
155 FEDERAL STREET STE 700
BOSTON, MA 02110 USA

29       Def 45.  Netflix headquarters

**Netflix headquarters**
**Angioletti, Thomas Joseph III (Attorney)**
100 Winchester Cir.
Los Gatos, CA 95032
1-408-540-3700

30       Def 47.  PUBLIC BROADCASTING SERVICE

**PUBLIC BROADCASTING SERVICE**
**Registered Agent**
C T CORPORATION SYSTEM
4701 Cox Rd Ste 285
Glen Allen VA 23060

31       Def 49.  Red Hat

Red Hat
Registered Agent
CT Corporation
150 Fayetteville St # 1011,
Raleigh, NC 27601
Phone: (919) 821-7139

32       Def 53.  Sony Pictures Entertainment

**Sony Pictures Entertainment**

Attorneys Burns, Rita A.
(Senior Staff Counsel)
1000 Chrysler Dr
Auburn Hills, MI 48326–
2766
Phones: (248) 576 - 5741
Fax: (248) 512 – 1772

10          Def 12.  City of Detroit

Lawrence T. Garcia
Law Department 2 Woodward Avenue,
CORPORATION COUNSEL
Woodward Ave. Suite 1126
Detroit, MI 48209 (313) 224-3400

11          Def 13.  Comcast Center (No AOS)

**Comcast Corporation**
**Agent of Service**
Block, Arthur R. Esq.
1701 JFK Boulevard
Philadelphia, PA 19103

12          Def 14.  CONCORD RECORDS, INC.

**CONCORD RECORDS, INC.**
**Agent for Service**
ABRAHAM RUDY
9665 WILSHIRE BLVD STE 900
BEVERLY HILLS CA 90212

13          Def 17.  Facebook Inc

**The Agent of Service**
DANIEL FLOYD

10202 W. WASHINGTON BLVD

CULVER CITY CA 90232

33          Def 54.  Square Enix

**SQUARE ENIX, INC.**
CSC Headquarters
251 LITTLE FALLS DR
WILMINGTON DE 19808

34          Def 55.  Tesla Autos Inc

**Tesla Autos, INC**
**Agent for Service of Process:**
Roman Teslya
1831 Garvey Ave., #25
Alhambra, CA 91803

35          Def 56.  THE E.W. SCRIPPS COMPANY

**THE E.W. SCRIPPS COMPANY**
**Registered Agent**
**CORPORATION SERVICE COMPANY**
50 WEST BROAD STREET
SUITE 1330
COLUMBUS OH 43215

36          Def 57.  The Parade Company

**The Parade Company**

**FACEBOOK, INC.**
**Agent for Service**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DR
WILMINGTON DE 19808

14        Def 18.  Ford Motor Company

**Ford Motor Company**
**Attorneys Abraham, Joseph P.**
One American Road,
Suite 1026 Dearborn,
Mi 48126- 2798
Phones: (313) 322 – 3000
(313) 845 – 8540

15        Def 19.  FOX CORPORATION

**FOX CORPORATION**
**Registered Agent**
**C T CORPORATION SYSTEM**
28 LIBERTY STREET
NEW YORK, NEW YO RK, 10005

16        Def 21.  General Motors Company

**General Motors Company**
**Resident Agent**
The Corporation Company
30600 Telegraph Rd., Suite 2345
Bingham Farms Mi 48025

17        Def 24.  Honda

**Resident Agent**
SHAM SRIHARSHA
S9500 MT ELLIOTT STUDIO A
DETROIT, MI Zip Code 48211

38        Def 58.  The Walt Disney Company

**The Walt Disney Company**
**Agent of Service**
MARSHA L REED
500 S BUENA VISTA ST
BURBANK CA 91521

39        Def 59.  Tidal

**TIDAL Music AS**

**Registered Agent**
**CORPORATE CREATIONS NETWORK INC.**
15 NORTH MILL STREET
NYACK, NEW YORK, 10960

40        Def 61.  Tokyopop U.S.A.

**TOKYOPOP U.S.A.:**
**Agent for Service of Process:**
STUART JOEL LEVY
5200 W. CENTURY BLVD SUITE 705
LOS ANGELES CA 90045

41        Def 62.  Toyota

**Toyota Motor North America**
**TMNA Headquarters**

Honda Motor Co., Ltd.
Daniel Jay Bauch Senior Counsel
700 Van Ness Avenue
Torrance, CA 90501

18      Def 25.  Hyundai

Hyundai Motor America
Agent for Service of Process
C T CORPORATION SYSTEM
111 EIGHTH AVE 13TH FL
NEW YORK NY 10010

19      Def 26.  Hurwitz & Schlossberg Productions

HURWITZ & SCHLOSSBERG PRODUCTIONS, INC.
Agent for Service of Process
ADAM KALLER
450 NORTH ROXBURY DRIVE, 8TH FLOOR
BEVERLY HILLS CA 90210

20      Def 28.  iHeartMedia

iHeartMedia, Inc.
Linda Thoede
Senior Corporate Counsel at iHeartMedia
20880 Stone Oak Pkwy
San Antonio, Texas 78258
(210) 822-2828

22      Def 29.  Illitch Holdings, INC

ILITCH HOLDINGS, INC.
Resident Agent Name:

Christopher P. Reynolds
Group Vice President, General Counsel
6565 Headquarters Drive, Plano, TX
Thursday, July 6, 2017

42      Def 63.  U.S. Attorney General

U.S. Department of Justice
OFFICE OF THE ATTORNEY GENERAL
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

43      Def 65.  VIACOM INC

The Agent of Service for Viacom Inc is:
Registered Agent

VIACOM INC
American Multinational Media Conglomerate
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

44      Def 66.  Viz Media

VIZ Media, LLC Agent of Service
Trevor Stephen Stordahl
1355 Market St., Suite 200
San Francisco, CA 94103

45      Def 67.  Volkswagen

Volkswagen Group of America, Inc
Corporation Service Company

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

County in which action arose: **Wayne**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Terrence D. Williams

**DEFENDANTS**
AMAZON STUDIOS, INC

**(b)** County of Residence of First Listed Plaintiff **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Los Angeles County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
LAWYERS INCORPORATING SERVICE

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ■ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability  ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability  ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine    Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product    Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability  **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ■ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability  ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal    Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury  ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -    Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting  ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment  ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations  ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment  **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other  ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education  ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
385 Property Damage, IP Theft, Fraud, Theft of Property, Psychological Damages, 820 Copyright Infringement,
Brief description of cause:
Years of IP and Copyright theft without just reason or contract by various parties

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 2,000,000,000,000.00  CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE
May 30, 2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously          ☐ Yes
            discontinued or dismissed companion cases in this or any other          ☑ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :